**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern District of Florida**

Case number (if known): _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**  Check one:
   - ☐ Chapter 7
   - ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  South Atlantic Regional Center, LLC

3. **Other names you know the debtor has used in the last 8 years**
   
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   - ☐ Unknown
   - 27-2866806 EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 9200 Belvedere Rd., Suite 202 | Registered Agents, Inc. |
   | Number  Street | Number  Street |
   | | 7901 4th Street North, Suite 300 |
   | | P.O. Box |
   | West Palm Beach FL 33411-0000 | Saint Petersburg FL 33702-0000 |
   | City    State    Zip Code | City    State    Zip Code |
   | Palm Beach | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number  Street |
   | | |
   | | City    State    Zip Code |

6. **Debtor's website (URL)**  _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**  Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **South Atlantic Regional Center, LLC**     Case number (if known) _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

Debtor _____ Relationship _____
District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

## Part 3: Report About the Case

**10. Venue** Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| 160 Royal Palm, LLC | Final Judgment | $63996558.37 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $63996558.37 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4 Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Official Form 205     Involuntary Petition Against a Non-Individual     page 2

| Debtor | South Atlantic Regional Center, LLC | Case number (if known) | |
|---|---|---|---|

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

160 Royal Palm, LLC
Name

Cary Glickstein, Manager
c/o Shraiberg Landau & Page PA
2385 NW Executive Center Dr., Suite 300
Number    Street

Boca Raton FL 33431-0000
City                State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  11/22/2019
              MM / DD / YYYY

_/s/ [signature]_, Manager
Signature of petitioner or representative, including representative's title

Philip J. Landau
Printed name

Shraiberg, Landau & Page, P.A.
Firm name, if any
2385 NW Executive Center Dr
Suite 300
Number   Street
Boca Raton FL 33431-0000
City                State         Zip Code
Contact phone   561 443 0800   Email   plandau@slp.law

Bar number   0504017

State        FL

_/s/ Philip J. Landau_
Signature of attorney
Date signed   11/22/2019
              MM / DD / YYYY

Official Form 205               Involuntary Petition Against a Non-Individual                    page 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com