CGFD75 (10/01/16)



**ORDERED in the Southern District of Florida on December 20, 2019**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 19−25762−EPK**

**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

South Atlantic Regional Center, LLC
Registered Agents, Inc.
7901 4 Street North Suite 300
St. Petersburg, FL 33702

EIN: 27−2866806

## ORDER FOR RELIEF IN INVOLUNTARY CASE AND ORDER SETTING DEADLINE FOR FILING SCHEDULES, STATEMENTS AND OTHER DOCUMENTS

An involuntary petition was filed on **November 22, 2019** against the above−named debtor.

- ☑ The debtor has failed to file any timely pleading or defense to the petition as required by Bankruptcy Rule 1013(b).

- ☐ The debtor has filed a motion to convert the involuntary case from chapter 7 to chapter pursuant to Local Rule 1013−1(B).

- ☐ The debtor has filed a response consenting to relief under the same chapter under which the involuntary petition was filed.

- ☐ The debtor has filed a response contesting the involuntary petition or requesting conversion to chapter and a hearing was held on at which the court heard from all interested parties.

It is **ORDERED** that relief under chapter 11 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

South Atlantic Regional Center, LLC is directed to file with the Clerk, United States Bankruptcy Court, the following items and comply with the following directives:

1. Within seven days from the date of this order, the individual named above shall file a list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" [see Bankruptcy Rule 1007(a)(2) and Local Rules 1007.1 and 1007.2].

2. Within 14 days from the date of this order, the individual named above shall file schedules, statements, and, if the debtor is an individual (applicable to both joint debtors), payment advices (or indicate why any or all payment advices will not be filed on the Local Form "Declaration Regarding Payment Advices") [Bankruptcy Rules 1007(b)(1) and 1007(c) and Local Rule 1007.1(F)].

3. Within 14 days from the date of this order, if the debtor is an individual, the debtor shall file

    A. the Official Bankruptcy Form "Your Statement About Your Social Security Numbers" as required by Bankruptcy Rule 1007(f), and Local Rule 1002−1(A)(1); and

    B. Official Bankruptcy Form 122 for the applicable chapter if required.

4. Within 14 days from the date of this order, if the debtor is a corporation or other entity listed in Local Rule 1002−1(A)(2), the debtor shall file a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002−1(A)(2).

5. If the debtor is an individual and if relief has been entered under chapter 7, the individual named above shall also file within 30 days from the date of this order or the date of the creditors' meeting whichever is earlier, an Official Bankruptcy Form "Statement of Intention for Individuals Filing Under Chapter 7" (Official Form 108) as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1007(b)(2).

6. If relief has been entered under chapter 11, the individual named above shall:

    A. File a list of equity security holders within 14 days from the date of this order as required by Bankruptcy Rule 1007(a)(3);

    B. File Official Bankruptcy Form 104, "The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders" as required by Bankruptcy Rule 1007(d) within two days of the date of this order; and

    C. File reports as required by the U.S. Trustee and required under Local Rule 2015−1 and the payroll and sales tax reports and case management summary required under Local Rule 2081−1.

    D. As required under 11 U.S.C. §1116(1), if the case is a small business case, file within seven days the most recent balance sheet, statement of operations, cash flow statement and Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations, or cash flow statement has been prepared and no Federal tax return has been filed. Access to filed tax returns filed will be restricted as provided under Local Rule 5005−1(A)(2)(c).

7. If this case was filed under chapter 7 and the debtor requested conversion to chapter 11, debtor shall pay the balance of the filing fee due of $922.00.

8. If this case was filed under chapter 11 and the debtor requests conversion to chapter 7, debtor shall immediately remit to the clerk of court the $15.00 trustee surcharge fee prescribed by the Judicial Conference of the United States (if not previously paid by the debtor).

9. If relief has been entered under chapter 13, the individual named above shall:

   A. File within 14 days from the date of this order, a chapter 13 plan conforming to the Local Form Chapter 13 Plan as required by Local Rule 3015–1(B); and

   B. Commence plan payments to the chapter 13 trustee within 30 days from the date of this order in the manner prescribed by that trustee pursuant to Local Rule 3070–1.

10. If relief has been entered under chapter 12, the debtor shall file, within 90 days from the date of this order, a chapter 12 plan pursuant to 11 USC §1221 and Local Rule 3015(A).

# # #

The clerk of court shall serve copies of this order on the following parties:

   Debtor and Attorney for Debtor
   Trustee or U.S. Trustee (as applicable)
   Petitioning Creditors and Attorney for Petitioning Creditors
   All Appearances