UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **South Atlantic Regional Center, LLC,** | )    **Case No.: 19-25762-EPK** |
| | )    **Chapter 11** |
| **Debtor.** | ) |
| | ) |
| _____ | ) |

## ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE

I, Scott N. Brown, the undersigned, pursuant to Federal Rule of Bankruptcy Procedure 2008, do hereby accept the appointment as Chapter 11 Trustee in the above-captioned case.

DATED: 1/24/20 .

_____
SCOTT N. BROWN
Sun Trust International Center
One Southeast 3rd Ave., Suite 1400
Miami, FL 33131
Tel.: 786-219-4059
Email: sbrown@bastamron.com