# United States Bankruptcy Court
## Southern District of Florida

In re: __South Atlantic Regional Center, LLC__
Debtor(s)

Case No. __19-25762-EPK__
Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __South Atlantic Regional Center, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

__July 14, 2020__
Date

/s/ Scott N. Brown, Esq.
**Scott N. Brown, Esq.**
Signature of Attorney or Litigant
Counsel for __Chpt. 7 Trustee of South Atlantic Regional Center, LLC__
**BAST AMRON LLP**
**One Southeast Third Avenue**
**Suite 1400**
**Miami, FL 33131**
**305.379.7904 Fax:305.379.7905**
**sbrown@bastamron.com**